UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 12-cr-29-01-JL

<u>Miguel Correia</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 19) filed by defendant Correia is granted. As co-defendant Angel L. Marquez did not object to a trial continuance, the following trial deadlines apply as to both defendants. Final Pretrial is rescheduled to January 23, 2013 at 10:00 a.m., and trial is continued to the two-week period beginning February 5, 2013, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference. Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant Correia shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and

the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                                      _____
                                                                      Joseph N. Laplante
                                                                      Chief Judge

Date:  October 16, 2012

cc:  David Bownes, Esq.
     Jeffrey Levin, Esq.
     Debra Walsh, Esq.
     U.S. Marshal
     U.S. Probation